No. 04–10547. BARRAGAN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–10548. SPEARS *v.* MATHER ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–10550. CARTER *v.* HOWARD ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–10551. GINGERICH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–10552. FLOWERS *v.* LEE, SUPERINTENDENT, CALEDONIA CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 04–10553. MOORE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10554. NANCE *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 04–10555. MEZA-MELENDEZ, AKA MEZA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10556. ALLEN *v.* BROWN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–10557. VILLAGRANA *v.* GOMEZ. C. A. 9th Cir. Certiorari denied.

No. 04–10558. BARBOUR *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–10560. TAYLOR *v.* BROWN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–10561. ORTEGA-AMARO, AKA AMARO-ORTEGA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–10562. CALCARI *v.* ORTIZ, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.